[Cite as *Barrington v. Ohio Dept. of Transp.*, 2011-Ohio-4369.]



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

JOSH BARRINGTON

    Plaintiff

    v.

OHIO DEPARTMENT OF
TRANSPORTATION, DISTRICT 6

    Defendant

Case No. 2011-01658-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶1} On January 25, 2011 and March 3, 2011, plaintiff was ordered to either pay the $25 filing fee or to file a poverty statement. Plaintiff has failed to comply with the court orders. Therefore, plaintiff's action is DISMISSED, without prejudice, pursuant to Civ.R. 41(B)(1). The court shall absorb the costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

cc:

Josh Barrington
5545 Cranbrook Lane
Westerville, Ohio 43081

Ohio Department of Transportation,
District 6
400 E. William Street
Delaware, Ohio 43015

DRB/laa
Filed 5/26/11
Sent to S.C. reporter 8/26/11